JOHN P. LEWIS, JR.
Texas State Bar No. 12294400
Suite 210, 1412 Main Street
Dallas, Texas 75202
Telephone: 214-742-5925
Facsimile: 214-742-5928

ATTORNEY FOR ART WILLIAMSBURG, INC.




IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | } | |
| | } | |
| ART WILLIAMSBURG, INC., | } | CASE NO. 03-43909-DRS-11 |
| | } | (Eastern District of Texas, Sherman Division) |
| Debtor. | } | |
| | } | |
| AMERICAN REALTY TRUST, INC., | } | |
| ET AL., | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| V. | } | ADVERSARY NO. _____ |
| | } | |
| SUNSET MANAGEMENT, L.L.C., | } | |
| ET AL., | } | |
| | } | |
| Defendants. | } | |

## NOTICE OF REMOVAL

NOW COMES ART WILLIAMSBURG, INC., one of the Plaintiffs and a Counterclaim Defendant in the referenced proceeding, by and through its undersigned Chapter 11 bankruptcy attorney, pursuant to 28 U.S.C. 1452 and Bankruptcy Rule 9027, and files this Notice of Removal and in support thereof would respectfully show as follows:

1. ART Williamsburg, Inc. ("Debtor"), voluntarily filed a petition in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, at Case No. 03-43909-DRS-

11 seeking relief under Chapter 11 of the United States Bankruptcy Code on or about August 22, 2003 (the "Petition Date").

2. Prior to the Petition Date, Debtor and the other Plaintiffs had commenced an action against Defendants in the 192nd Judicial District Court of Dallas County, Texas, as Case No.02-09433-I, styled *American Realty Trust, Inc., ART Williamsburg, Inc., Basic Capital Management, Inc., and EQK Holdings, Inc., Plaintiffs, v Sunset Management, L.L.C. and LandAmerica Commonwealth Title of Dallas, Inc., d/b/a "Commonwealth Land Title Insurance Company", Defendants*. Subsequent to the filing of the state court action, Triad Realty Services, Ltd., Regis Realty, Inc., Syntek West, Inc., and American Realty Investors, Inc. intervened in such action.

3. This removal is timely because it is made less than 90 days after the filing of Debtor's Chapter 11 bankruptcy case, in accordance with Bankruptcy Rule 9027(a).

4. This Court has jurisdiction of this proceeding under 28 U.S.C. 1334 (b) because it arises in or is related to a case under Title 11.

5. This proceeding is a core proceeding under 28 U.S.C. 157(b)(2)(A), (B) and (O).To the extent any claim or cause of action asserted in the removed action is determined to be a non-core proceeding, Debtor consents to the entry of a final order or judgment by the Bankruptcy Judge.

6. A certified copy of the docket sheet in the state court case as of September 9, 2003, is attached hereto and incorporated herein as Exhibit A. Copies of the process and relevant pleadings filed in the state court case are being filed in the appendix filed herewith.

7. In the state court action, Plaintiffs, including Debtor, seek actual and exemplary damages, declaratory judgments, and injunctive relief against Defendants on account of Defendants' wrongful and tortious conduct in connection with a lending transaction. Among the claims asserted

by Debtor in such state court action are claims for damages resulting from a *lis pendens* filed by Sunset Management, L.L.C. ("Sunset") against Debtor's real property in Williamsburg, Virginia. Sunset has assserted a counterclaim against Debtor alleging that Debtor is obligated and indebted to it for approximately $19,000,000.00, which Debtor denies.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the removal of the State Court Action to this Court, demands a jury trial of all of its claims against Defendants, and prays for such further and additional relief as to which it may show itself to be entitled.

Dated: September 10, 2003

Respectfully submitted,

JOHN P. LEWIS, JR.
State Bar No. 12294400
Suite 210, Center City Plaza
1412 Main Street
Dallas, Texas 75202
Telephone: (214) 742-5925
Facsimile: (214) 742-5928

ATTORNEY FOR DEBTOR/DEFENDANT,
ART WILLIAMSBURG, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2003, he served a true and correct copy of the foregoing Notice of Removal upon counsel of record for each of the other parties by facsimile transmission and/or by First Class United States mail, correct postage prepaid.

John P. Lewis, Jr.

| PLAINTIFF NAME | PLAINTIFF ATTORNEY | FILE DATE | CASE NO. |
|---|---|---|---|
| AMERICAN REALTY INVESTORS | REDWINE J<br>16669900 | 10/03/02 | 02-09433-I |

| DEFENDANT NAME | DEFENDANT ATTORNEY | TYPE OF CASE |
|---|---|---|
| SUNSET MANAGEMENT LLC | BECKHAM B<br>02016500 | NOTE |

| DISPOSITION | COST AGAINST | DATE | REFERENCE | JUDGEMENT AMT |
|---|---|---|---|---|
|  | TRUST FUND BALANCE | STATUS<br>ACTIVE |  |  |

# EXHIBIT A

| PLAINTIFF NAME | PLAINTIFF ATTORNEY | | | FILE DATE | | CASE NO. |
|---|---|---|---|---|---|---|
| AMERICAN REALTY INVESTORS | REDWINE J | | | 10/03/02 | | 02-09433-I |
| TRANS DT  TRANS DESCRIPTION | REFRNCE | P/D | CD | NON-FEE | DEPOSITS | CHARGES |
| 10/03/02  STATE INDIGENCE | | P | 12 | | | 10.00 |
| 10/03/02  CONTINGENCY FUND | | P | 24 | | | 5.00 |
| 10/03/02  SECURITY FEE | | P | 26 | | | 5.00 |
| 10/03/02  RECORD MGT FEE | | P | 27 | | | 5.00 |
| 10/03/02  CLERKS FEE | | P | 31 | | | 45.00 |
| 10/03/02  COURT RPT SVC FEE | | P | 33 | | | 15.00 |
| 10/03/02  LAW LIBRARY FUND | | P | 36 | | | 15.00 |
| 10/03/02  APPELLATE FUND | | P | 52 | | | 5.00 |
| 10/03/02  STATE JUDICIAL FEE | | P | 53 | | | 40.00 |
| 10/03/02  MEDIATION FUND | | P | 55 | | | 10.00 |
| 10/03/02  FACILITY FEE | | P | 60 | | | 15.00 |
| 10/04/02  REDWINE LAW OFFICES | 778 | P | 10 | | 178.00 | |
| 10/04/02  CIT & COP  MAIL ATTY | | P | 31 | | | 8.00 |
| 1/21/03  JOHN F REDWINE | 15571 | P | 10 | | 36.00 | |
| 1/21/03  AFFIDAVIT | | P | 31 | | | |
| 1/21/03  CERT/CONF | | P | 31 | | | |
| 1/21/03  1ST AMD PETITION | | P | 31 | | | |
| 1/21/03  AFFIDAVIT | | P | 31 | | | |
| 1/21/03  TRO BOND | | P | 31 | | | 4.00 |
| 1/21/03  CIT & COP  ATTY | | P | 31 | | | 8.00 |

| PLAINTIFF NAME | PLAINTIFF ATTORNEY | | | FILE DATE | | CASE NO. |
|---|---|---|---|---|---|---|
| AMERICAN REALTY INVESTORS | REDWINE J | | | 10/03/02 | | 02-09433-I |

| TRANS DT | TRANS DESCRIPTION | REFRNCE | P/D | CD | NON-FEE | DEPOSITS | CHARGES |
|---|---|---|---|---|---|---|---|
| 1/21/03 | CIT & COP ATTY | | P | 31 | | | 8.00 |
| 1/21/03 | NOT & COP ATTY | | P | 31 | | | 8.00 |
| 1/21/03 | TRO & COP ATTY | | P | 31 | | | 8.00 |
| 1/21/03 | O/SHOW CAUSE/TRO | 299I194 | P | 31 | | | |
| 1/21/03 | JOHN F REDWI00500000 | 15608 | P | 80 | | | |
| 1/27/03 | RET TRO PPS | | P | 51 | 55.00 | | |
| 1/27/03 | RET NOT PPS | | P | 51 | 55.00 | | |
| 1/27/03 | RET CIT PPS | | P | 51 | 75.00 | | |
| 1/27/03 | RET CIT PAID | | P | 59 | 75.00- | | |
| 1/30/03 | N/APPEARANCE | | D | 31 | | | |
| 1/31/03 | FIGARI DAVENPORT & | 17540 | D | 10 | | 50.00 | |
| 1/31/03 | STATE INDIGENCE | | D | 12 | | | 10.00 |
| 1/31/03 | STATE INDIGENCE | | D | 12 | | | 10.00 |
| 1/31/03 | AMENDED CERT SERVICE | | P | 31 | | | |
| 1/31/03 | M/QUASH | | P | 31 | | | |
| 1/31/03 | DEF ANS & CNTR CLAIM | | D | 31 | | | 15.00 |
| 1/31/03 | X-CLAIM | | D | 31 | | | 15.00 |
| 2/05/03 | M/EXPEDITE PROCEDING | | D | 31 | | | |
| 2/05/03 | AFFIDAVIT-4 | | D | 31 | | | |
| 2/10/03 | O/SCHEDULE | 300I088 | E | 31 | | | |

| PLAINTIFF NAME | PLAINTIFF ATTORNEY | | | FILE DATE | | CASE NO. |
|---|---|---|---|---|---|---|
| AMERICAN REALTY INVESTORS | REDWINE J | | | 10/03/02 | | 02-09433-I |
| TRANS DT  TRANS DESCRIPTION | REFRNCE | P/D | CD | NON-FEE | DEPOSITS | CHARGES |
| 2/11/03  MITCHELL MADDEN | 19274 | P | 10 | | 135.00 | |
| 2/11/03  STATE INDIGENCE | | P | 12 | | | 10.00 |
| 2/11/03  INTERVENTION | | P | 31 | | | 15.00 |
| 2/12/03  ANS/PET/ANS/CCLAIM | | D | 31 | | | |
| 2/12/03  CIT & COP   PCT 3 | | P | 31 | | | 8.00 |
| 2/12/03  CIT & COP   ATTY | | P | 31 | | | 8.00 |
| 2/17/03  STATE INDIGENCE | | D | 12 | | | 10.00 |
| 2/17/03  STATE INDIGENCE | | P | 12 | | | 10.00 |
| 2/17/03  N/APPEAR/DSGN/CNSL | | P | 31 | | | |
| 2/17/03  M/DISQUALIFY | | P | 31 | | | |
| 2/17/03  M/STAY | | P | 31 | | | |
| 2/17/03  2ND M/QUSAH | | P | 31 | | | |
| 2/17/03  ANS/INTRVNTN-SUNSET | | D | 31 | | | |
| 2/17/03  JNDR/M/STAY | | I | 31 | | | |
| 2/17/03  M/DISQUALIFY | | I | 31 | | | |
| 2/17/03  INTERVENTION | | D | 31 | | | 15.00 |
| 2/18/03  ******SEE JKT#3***** | | E | 31 | | | |
| 2/19/03  RESP/M/EXPEDITE | | P | 31 | | | |
| 2/20/03  MITCHELL MADDEN | 20506 | D | 10 | | 25.00 | |
| 2/20/03  O/STIPULATION | 300I286 | P | 31 | | | |

| PLAINTIFF NAME | PLAINTIFF ATTORNEY | | | FILE DATE | | CASE NO. |
|---|---|---|---|---|---|---|
| AMERICAN REALTY INVESTORS | REDWINE J | | | 10/03/02 | | 02-09433-I |
| TRANS DT   TRANS DESCRIPTION | REFRNCE | P/D | CD | NON-FEE | DEPOSITS | CHARGES |
| 2/20/03 RET CIT PCT 3 | | P | 43 | | | 55.00 |
| 2/21/03 M/QUASH | | P | 31 | | | |
| 2/24/03 RET SUBP PPS | | P | 51 | | | |
| 2/24/03 TENDER FEE | | P | 51 | 11.00 | | |
| 2/24/03 TENDER FEE | | P | 59 | 11.00- | | |
| 2/28/03 O/MEDIATION | 300I363 | E | 31 | | | |
| 3/07/03 M/WITHDRAW | | D | 31 | | | |
| 3/11/03 N/NONSUIT | | I | 31 | | | |
| 3/12/03 AMEND CERT CONFERENC | | P | 31 | | | |
| 3/14/03 M/ADMIT | | D | 31 | | | |
| 3/14/03 M/ADMISSION | | D | 31 | | | |
| 3/18/03 M/QUASH | | P | 31 | | | |
| 3/19/03 OPPOSI/PRO HAC VICE | | P | 31 | | | |
| 3/19/03 EXHIBITS | | P | 31 | | | |
| 3/19/03 O/PRO HAC VICE | 301I102 | D | 31 | | | |
| 3/19/03 O/WD/SUBST/CNSL | 301I104 | D | 31 | | | |
| 3/21/03 BELL NUNNALLY LLP | 24871 | D | 10 | | 50.00 | |
| 3/21/03 STATE INDIGENCE | | D | 12 | | | 20.00 |
| 3/21/03 CTR-CLAIM,CR-CLAIM | | D | 31 | | | 30.00 |
| 3/22/03 *****SEE JKT #4***** | | E | 31 | | | |

| PLAINTIFF NAME | PLAINTIFF ATTORNEY | | | | FILE DATE | CASE NO. |
|---|---|---|---|---|---|---|
| AMERICAN REALTY INVESTORS | REDWINE J | | | | 10/03/02 | 02-09433-I |
| TRANS DT   TRANS DESCRIPTION | REFRNCE | P/D | CD | NON-FEE | DEPOSITS | CHARGES |
| 3/25/03   RESP/3RD M/QUASH | | P | 31 | | | |
| 3/25/03   REPLY/SUPRT/M/ADMIT | | P | 31 | | | |
| 3/31/03   RESP/PLEA INTEVENT | | D | 31 | | | |
| 3/31/03   O/SET ASIDE | 30I1258 | P | 31 | | | |
| 4/04/03   O/QUASH | 30I1327 | P | 31 | | | |
| 4/14/03   REDWINE LAW OFFICES | 28429 | P | 10 | | 30.00 | |
| 4/14/03   ENT JURY DEMAND | J18/456 | P | 31 | | | |
| 4/14/03   JURY DEMAND | | P | 34 | | | 30.00 |
| 5/02/03   M/PROTECTIVE ORDER | | I | 31 | | | |
| 5/05/03   EMERGENCY M/RELIEF | | P | 31 | | | |
| 5/06/03   M/COMPEL | | P | 31 | | | |
| 5/06/03   2ND AMEND PETITION | | P | 31 | | | |
| 5/06/03   M/CANCEL LIS PENDENS | | P | 31 | | | |
| 5/09/03   1ST AMND PLEA/INTERV | | P | 31 | | | |
| 5/09/03   RESP/OBJECT/AMND NOT | | P | 31 | | | |
| 5/14/03   AMND M/QUASH | | I | 31 | | | |
| 5/16/03   M/LEAVE | | E | 31 | | | |
| 6/02/03   N/APPEAR | | D | 31 | | | |
| 6/02/03   DESIGN LEAD COUNSEL | | D | 31 | | | |
| 6/06/03   M/WD/CNSL | | D | 31 | | | |

| PLAINTIFF NAME | PLAINTIFF ATTORNEY | | | | FILE DATE | | CASE NO. |
|---|---|---|---|---|---|---|---|
| AMERICAN REALTY INVESTORS | REDWINE J | | | | 10/03/02 | | 02-09433-I |
| TRANS DT   TRANS DESCRIPTION | REFRNCE | P/D | CD | NON-FEE | DEPOSITS | CHARGES |
| 6/09/03   M/WD AND SUB CNSL | | D | 31 | | | |
| 6/20/03   O/WD/CNSL | 303I364 | D | 31 | | | |
| 6/23/03   CERT DEPO-ROSSI A CA | | D | 31 | | | |
| 6/30/03   ****SEE JKT #5****** | | D | 31 | | | |
| 6/30/03   CERT DEPO-MARR SANDY | | I | 31 | | | |
| 7/02/03   AMD AGRD M/LEAVE | | D | 31 | | | |
| 7/08/03   1ST AMND M/DISQUALIF | | D | 31 | | | |
| 7/08/03   M/DISQUALIFY CNSL | | D | 31 | | | |
| 7/08/03   O/WD/CNSL | 304I061 | E | 31 | | | |
| 7/11/03   M/DETERMINE DISQUIAL | | D | 31 | | | |
| 7/14/03   M/PART SJ | | D | 31 | | | |
| 7/14/03   ****ACCORDIAN**** | | D | 31 | | | |
| 7/14/03   N/HEARING | | D | 31 | | | |
| 7/16/03   RESP/M/DISQUALIFY | | D | 31 | | | |
| 7/16/03   N/HEARING | | D | 31 | | | |
| 7/18/03   AFFIDAVIT | | E | 31 | | | |
| 7/22/03   RESP/M/POSTING | | D | 31 | | | |
| 7/23/03   JOINDER/M/DISQUALIFY | | P | 31 | | | |
| 7/23/03   3RD AMND PETITION | | P | 31 | | | |
| 7/24/03   DEBORAH BEATY | 45006 | D | 10 | | 25.00 | |

| PLAINTIFF NAME | PLAINTIFF ATTORNEY | | | | FILE DATE | | CASE NO. |
|---|---|---|---|---|---|---|---|
| AMERICAN REALTY INVESTORS | REDWINE J | | | | 10/03/02 | | 02-09433-I |
| TRANS DT TRANS DESCRIPTION | REFRNCE | P/D | CD | NON-FEE | DEPOSITS | CHARGES |
| 7/24/03 STATE INDIGENCE | | D | 12 | | | 10.00 |
| 7/24/03 2ND AMD M/DISQUALIFY | | D | 31 | | | |
| 7/24/03 ORIG ANS/CROSS CLM | | D | 31 | | | 15.00 |
| 7/24/03 O/NON SUIT | 304I263 | I | 31 | | | |
| 7/24/03 O/DISQUALIFY | 304I264 | D | 31 | | | |
| 7/29/03 RULE 11 AGRMNT | | E | 31 | | | |
| 7/30/03 EXH F/T 1 ENV | | E | 31 | | | |
| 8/04/03 M/PART SJ | | D | 31 | | | |
| 8/04/03 M/RECONSIDER | | D | 31 | | | |
| 8/04/03 N/HEARING | | D | 31 | | | |
| 8/04/03 N/HEARING | | D | 31 | | | |
| 8/04/03 CERT CONFERENCE | | D | 31 | | | |
| 8/05/03 N/PART NONSUIT | | P | 31 | | | |
| 8/06/03 *****SEE JKT 6****** | | P | 31 | | | |
| 8/12/03 O/PARTIAL DISM | 305I195 | P | 31 | | | |
| 8/19/03 M/RECONSIDER | | D | 31 | | | |
| 8/21/03 O/POSTING | 305I367 | E | 31 | | | |
| 8/22/03 TRIAL BRIEF | | D | 31 | | | |
| 8/22/03 3RD M/PART SJ | | D | 31 | | | |
| 8/22/03 N/FILING RULE 11 | | D | 31 | | | |

| PLAINTIFF NAME | PLAINTIFF ATTORNEY | | | FILE DATE | | CASE NO. |
|---|---|---|---|---|---|---|
| AMERICAN REALTY INVESTORS | REDWINE J | | | 10/03/02 | | 02-09433-I |

| TRANS DT | TRANS DESCRIPTION | REFRNCE | P/D | CD | NON-FEE | DEPOSITS | CHARGES |
|---|---|---|---|---|---|---|---|
| 8/22/03 | N/HEARING | | D | 31 | | | |
| 8/22/03 | O/RECONSIDER (DENY) | 305I413 | D | 31 | | | |
| 8/25/03 | REDWINE LAW OFFICE | 50241 | P | 10 | | 8.00 | |
| 8/25/03 | 4TH AMND PETITION | | P | 31 | | | |
| 8/25/03 | CIT & COP ATTY | | P | 31 | | | 8.00 |
| 8/25/03 | RET SUBP PPS | | P | 51 | | | |
| 8/25/03 | TENDER FEE | | P | 51 | 10.00 | | |
| 8/25/03 | TENDER FEE | | P | 59 | 10.00- | | |
| 8/26/03 | N/HEARING | | D | 31 | | | |
| 8/26/03 | M/COMPEL | | D | 31 | | | |
| 8/26/03 | M/S/J | | D | 31 | | | |
| 8/26/03 | N/HEARING | | D | 31 | | | |
| 8/27/03 | RESP/OBJ/N/DEPO | | P | 31 | | | |
| 8/28/03 | RET CIT PPS | | P | 51 | | | |
| 8/28/03 | RET CIT PAID | | P | 59 | | | |
| 9/02/03 | 1ST AMND M/COMPEL | | D | 31 | | | |
| 9/04/03 | RESP/M/COMPEL/SANCTS | | I | 31 | | | |
| 9/04/03 | ANS/C-CLAIM | | D | 31 | | | |
| 9/04/03 | RESP/M/1ST AMD CMPL | | I | 31 | | | |
| 9/08/03 | SUGG/BANKRUPTCY | | E | 31 | | | |

```
                         ***** CASE TOTALS *****
TOTAL GROSS CASE COSTS         714.00      NON-FEE ACCTS.          110.00
                                           COUNTY DEPOSITS         537.00
                                           COUNTY CHARGES          508.00
                      CASE BALANCE          29.00
¢CT10 3
    SECONDARY PLAINTIFF AND DEFENDANTS MAY BE VIEWED BY PRESSING PA1 KEY
```

```
                         ***** CASE TOTALS *****
TOTAL GROSS CASE COSTS         714.00      NON-FEE ACCTS.          110.00
```

SECONDARY PLAINTIFF AND DEFENDANTS

| | | | |
|---|---|---|---|
| 7A DEF- SUNSET MANAGEMENT LLC | | 7B PLT- REGIS REALTY, INC | |
| ATTY- DOUGLAS D. GERRARD | | ATTY- MADDEN M | |
| 4000 S E AVE, #220 | | 12789350 | |
| LAS VEGAS   NV   89119 | | | |
| 7C PLT- TRIAD REALTY SERVICES INC | | 7D PLT- SYNTEK WEST INC | |
| ATTY- MADDEN M | | ATTY- MADDEN M | |
| 12789350 | | 12789350 | |
| 7E PLT- AMERICAN REALTY INVESTORS | | 7F PLT- GENE E PHILLIPS | |
| ATTY- MADDEN M | | ATTY- SPARKS B | |
| 12789350 | | 18874500 | |
| 7G DEF- JOHN BALDWIN | | | |
| ATTY- BECKHAM B | | | |
| 02016500 | | | |

| B 104 (Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| American Realty Trust, Inc., ART Williamsburg, Inc., Basic Capital Management, Inc., and EQK Holdings, Inc. | Sunset Management, L.L.C., and Landamerica Commonwealth Title of Dallas, Inc. |
| ATTORNEYS (Firm Name, Address, and Telephone No.) John P. Lewis, Jr. (Chapter 11 Counsel) 1412 Main Street, Suite 210 Dallas, TX 75202; 214-742-5925 | ATTORNEYS (If Known) See attached list |

U. S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
RECEIVED
SEP 10 2003
TAWANA C. MARSHALL, CLERK
By_____ Deputy

**PARTY** (Check one box only)  ☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Dispute as to amount of indebtedness and validity of liens. Debtor and the other Plaintiffs seek a declaratory judgment, injunctive relief, and compensatory and exemplary damages on account of Defendants' wrongful and tortious conduct in connection with a lending transaction and in refusing to release certain liens on property, including Sunset Management, L.L.C.'s wrongful filing of a lis pendens against Debtor's real property. Sunset Management, L.L.C. filed a counterclaim against Debtor to enforce its alleged claims against Debtor and to recover approximately $19,000,000.

**NATURE OF SUIT**
(Check the one most appropriate box only.)

☐ 454 To Recover Money or Property
☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
☐ 424 To object or to revoke a discharge 11 U.S.C. § 727

☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
☐ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
☐ 434 To obtain an injunction or other equitable relief
☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan

☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
☒ 459 To determine a claim or cause of action removed to a bankruptcy court
☐ 498 Other (specify)

| ORIGIN OF PROCEEDINGS (Check one box only.) | ☐ 1 Original Proceeding  ☒ 2 Removed Proceeding  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another Bankruptcy Court | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|
| DEMAND $ Unliquidated | OTHER RELIEF SOUGHT Injunction; Declaratory Judgment | ☐ JURY DEMAND Check only if demanded in complaint |

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR ART Williamsburg, Inc. | BANKRUPTCY CASE NO. 03-43909 |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING Eastern District of Texas | DIVISIONAL OFFICE Sherman Division | NAME OF JUDGE Brenda Rhoads |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)  ☐ FEE ATTACHED  ☒ FEE NOT REQUIRED  ☐ FEE IS DEFERRED

| DATE September 10, 2003 | PRINT NAME John P. Lewis, Jr. | SIGNATURE OF ATTORNEY (OR PLAINTIFF) /s/ John P. Lewis |

## Attachment to Adversary Cover Sheet

### Names; Addresses; Telephone Nos. for Plaintiff's/Intervenor's Counsel

Braden C. Sparks
8117 Preston Road
Suite 800
Dallas, Texas 75230

Mitchell Madden
1800 Valley View Lane
Suite 150
Dallas, Texas 75234
972-484-7780

John F. Redwine
1800 Valley View Lane
Suite 150
Dallas, Texas 75234
972-484-7782

### Names; Addresses; Telephone Nos. for Defendants' Counsel

Blake L. Beckham
Beckham & Thomas, L.L.P.
3400 Carlisle, Suite 550
Dallas, Texas 75204
214-965-9300

Attorneys for Sunset Management, L.L.C.

Mark T. Davenport
Figari, Davenport & Graves
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202

Attorneys for Landamerica Commonwealth Title of Dallas, Inc.